U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED    LAFAYETTE

MAY 23 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| GEORGE GARCIA | CIVIL ACTION 13-3247 |
| VERSUS | JUDGE HAIK |
| JUDGE REBECCA DOHERTY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to Magistrate Judge Patrick Hanna for Report and Recommendation.  After full consideration of the record, including the Objections entitled "Affidavit of Truth/Claim", the Court concludes the Report and Recommendation of the Magistrate Judge is correct and, therefore, adopts the conclusions set forth therein.  Accordingly,

Mr. Garcia's *Bivens* complaint and all accompanying documents and claims filed in conjunction therewith are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE** and **SIGNED** on the 22nd day of May, 2014.

RICHARD T. HAIK, SR., DISTRICT COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA